UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **DEMETRIUS HAYES** | **CIVIL ACTION NO. 20-189-P** |
| **VS.** | **JUDGE TERRY A. DOUGHTY** |
| **CADDO PARISH SHERIFF'S OFFICE, ET AL** | **MAG. JUDGE HORNSBY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 12] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner Demetrius Hayes' Complaint is **DISMISSED WITHOUT PREJUDICE** sua sponte, for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure as interpreted by the court and under the court's inherent power to control its own docket.

MONROE, LOUISIANA, this 24th day of September, 2020.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE